STATE of Missouri, Respondent,

v.

Richard THOMAS, Appellant.

No. ED 77511.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 14, 2000.

M. Shawn Askinosie, Teresa L. Grantham, Springfield, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, P.J., CRAHAN, J., and DRAPER, J.

### ORDER

PER CURIAM.

Richard Thomas ("Defendant") appeals the judgment entered upon his conviction by a jury of assault in the first degree, section 565 .060 RSMo 1994, armed criminal action, section 571.015 RSMo 1994, and unlawful use of a weapon, section 571.030 RSMo 1994. Defendant was sentenced to

concurrent prison terms of ten years and three years and fined $250.00, respectively.

We have reviewed the briefs of the parties and the record on appeal and find no error of law or abuse of discretion. An extended opinion would be of no precedential value. We have, however, provided the parties with a memorandum opinion, for their use only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 30.25(b).